```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JANET CHEREE TAYLOR,         )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:13cv279-MHT
                             )          (WO)
LT. W. MILLER and SGT. J.    )
WEEKS,                       )
                             )
    Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a former state inmate, filed this lawsuit complaining that the defendants, both correctional officers, violated her Eighth Amendment right to be free of cruel and unusual punishment.  She alleges that, during a prison shakedown, one of the defendants slapped her across the face and poked her in the forehead, causing her head to bang against the wall, in order to stop her from crying very hard in response to the officers' confiscation of, and refusal to return, her pictures of her recently deceased father and her copy of his obituary. She also

alleges that, when she complained to him, the other defendant was verbally abusive and made racist remarks towards her.  The defendants deny any wrongdoing.

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute.  Plaintiff, who has been released from prison since filing suit and whose copy of the recommendation was returned by the post office as undeliverable, filed no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted. Despite the serious allegations in this case, it is clear that plaintiff has abandoned it.

An appropriate judgment will be entered.

DONE, this the 15th day of October, 2014.

                                           /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE